**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg Division**

**TRUIST BANK,**
**a North Carolina banking corporation,**

    **Plaintiff,**

**v.**                                                            **Civil Action No.  1:23-CV-47**
                                                                 **Chief Judge Kleeh**

**FUSION TECHNOLOGY, LLC,**
**JOHN BOTT and**
**SHARON R. PITSENBARGER,**

    **Defendants.**

<u>**MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**</u>

NOW COMES Plaintiff, Truist Bank, a North Carolina banking corporation, ("Plaintiff"),

by counsel, and moves this Court, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure,

for judgment by default against Defendants Fusion Technology, LLC, John Bott, and Sharon R.

Pitsenbarger (hereinafter referred to as "Defendants") based upon their failure to file an answer or

otherwise defend against this civil action. In support of this Motion, Plaintiff states as follows:

    1.    On May 22, 2023, Plaintiff filed its Verified Complaint commencing the above-

styled cause of action arising out of a series of defaulted loans as evidenced by the Notes, the

security agreements, and the guarantees included as exhibits to the Verified Complaint

(collectively, the "Loan Documents").

    2.    On June 12, 2023, a copy of the Summons and Verified Complaint was personally

served on Defendants John Bott and Sharon R. Pitsenbarger.

    3.    On June 15, 2023, a copy of the Summons and Verified Complaint was served via

postal service on Defendant Fusion Technology, LLC.

4.      In addition, Defendants were provided with 30 days notice, on or about March 31, 2023, that Plaintiff intended to institute this lawsuit.

5.      Despite having been properly served, Defendants have not indicated any interest in the litigation of this matter, filed an Answer to the Verified Complaint, or otherwise appeared in this civil action.

6.      Defendants absolutely and unconditionally guaranteed to Plaintiff all indebtedness, whether then existing or thereafter arising, thereby guarantying payment of all loans by the Loan Documents set forth in the Verified Complaint.

7.      Furthermore, Defendants have not responded to the Forbearance Agreement proposed by Plaintiff to resolve this litigation, and attached hereto as "Exhibit 1". This agreement expired on August 15, 2023.

8.      As of the date of this Motion for Entry of Judgment by Default, Defendants have not paid the remaining principal, interest and fees and costs due, pursuant to the Loan Documents.

9.      Defendants are in breach of their obligations to Plaintiff under each of the Loan Documents contained in the Verified Complaint due to nonpayment, and Plaintiff is entitled to judgment against them, in the amount set forth in its Verified Complaint.

WHEREFORE, Plaintiff respectfully requests entry of a default money judgment against the Defendants and in favor of Truist Bank in the amount of $2,877,553.26, which includes principal of $2,805,373.34, accrued but unpaid interest of $72,179.92, reasonable attorney's fees and costs incurred herein, and to grant such other and further relief against the Defendants as the Court may deem appropriate.

**TRUIST BANK,**

**By: Spilman Thomas & Battle, PLLC**

*/s/ Michael S. Garrison*
Michael S. Garrison (WV Bar No. 7161)
SPILMAN THOMAS & BATTLE, PLLC
48 Donley Street, Suite 800 (Zip: 26501)
P.O. Box 615
Morgantown, WV 26507-0615

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg Division

**TRUIST BANK,**
**a North Carolina banking corporation,**

      **Plaintiff,**

**v.**                                                                          Civil Action No.  1:23-CV-47
                                                                                 **Chief Judge Kleeh**
**FUSION TECHNOLOGY, LLC,**
**JOHN BOTT and**
**SHARON R. PITSENBARGER,**

      **Defendants.**

## CERTIFICATE OF SERVICE

I, Michael S. Garrison, counsel for Plaintiff, hereby certify that service of the foregoing

"*MOTION FOR ENTRY OF JUDGMENT BY DEFAULT*" has been made by placing a true

copy thereof in an envelope deposited in the regular course of the United States Mail, postage

prepaid, on this _25_ day of _August_, 2023, addressed as follows:

Fusion Technology
108 Cambridge PL
Bridgeport, WV 26301

John Bott
2443 Little Elk Road
Wallace, WV 26448

Sharon R. Pitsenbarger
17 Emerald Drive
Bridgeport, WV 26330

/s/Michael S. Garrison
Michael S. Garrison (WV Bar No. 7161)

4