**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg Division**

**TRUIST BANK,**
a North Carolina banking corporation,

    Plaintiff,

v.                                             **Civil Action No. 1:23-CV-47
Chief Judge Kleeh**

**FUSION TECHNOLOGY, LLC,
JOHN BOTT, and
SHARON R. PITSENBARGER,**

    Defendants.

**PLAINTIFF TRUIST BANK'S RENEWED MOTION FOR DEFAULT
JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

    NOW COMES Plaintiff, Truist Bank, a North Carolina banking corporation, ("Plaintiff"), by counsel, and moves this Honorable Court, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, for default judgment on Count I – Breach of Contract and Count II – Turnover of Collateral. Plaintiff is entitled to default judgment, or, in the alternative, pursuant to Rule 56 of the Federal Rules of Civil Procedure, summary judgment as a matter of law because no genuine issues of material fact exist. In support, Plaintiff states as follows:

    Plaintiff should prevail on Count I for Breach of Contract and Count II for Turnover of Collateral. Plaintiff has established: (1) the existence of a valid, enforceable contract; (2) that Plaintiff performed under the contract; (3) that Defendants breached or violated their duties or obligations under the contract; and, (4) that Plaintiff was damaged as a result of Defendants' breach. As the material facts are undisputed, Plaintiff is entitled to summary judgment as a matter of law as to Count I – Breach of Contract and Count II – Turnover of Collateral. In support of this Motion, Plaintiff incorporates Plaintiff's Memorandum of Law in Support of Plaintiff Truist

Bank's Renewed Motion for Default Judgment, or in the Alternative, Motion for Summary Judgment and the supporting exhibits filed concurrently herewith.

WHEREFORE, Plaintiff Truist Bank respectfully requests the Court grant this Renewed Motion for Default Judgment, or in the Alternative, Motion for Summary Judgment, together with such other and further relief as the Court deems proper.

**TRUIST BANK,**

**By: Spilman Thomas & Battle, PLLC**

*/s/ Michael S. Garrison*
Michael S. Garrison, Esquire (WV Bar #71610
SPILMAN THOMAS & BATTLE, PLLC
48 Donley Street, Suite 800 (ZIP 26501)
P.O. Box 615
Morgantown, WV 26501
304.291.7920 (*phone*)
304.291.7979 (*facsimile*)
mgarrison@spilmanlaw.com

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg Division**

**TRUIST BANK,**
**a North Carolina banking corporation,**

    **Plaintiff,**

**v.**                                                      **Civil Action No. 1:23-CV-47**
                                                               **Chief Judge Kleeh**

**FUSION TECHNOLOGY, LLC,**
**JOHN BOTT, and**
**SHARON R. PITSENBARGER,**

    **Defendants.**

**CERTIFICATE OF SERVICE**

I, Michael S. Garrison, counsel for Plaintiff, hereby certify that service of the foregoing ***"Plaintiff Truist Bank's Renewed Motion for Default Judgment, or in the Alternative, Motion for Summary Judgment*** has been made using the CM/ECF system for the Northern District of West Virginia, on this 4th day of October, 2024, addressed as follows:

> Jeffrey M. Strange, Esquire
> Booth & Strange
> 200 West Main Street, Suite B
> Clarksburg, WV 26301
> (304) 842.0260
> jstrange@bsdlegal.com
> *Counsel for Defendants*


                                            */s/ Michael S. Garrison*
                                            Michael S. Garrison (WV Bar #7161)