IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg Division

**TRUIST BANK,**
a North Carolina banking corporation,

    Plaintiff,

v.                                                       Civil Action No. 1:23-CV-47
                                                           Chief Judge Thomas S. Kleeh

**FUSION TECHNOLOGY, LLC,**
**JOHN BOTT,** and
**SHANON R. PITSENBARGER,**

    Defendants.

## DISMISSAL ORDER WITH PREJUDICE

Plaintiff, Truist Bank, and Defendants, Fusion Technology, LLC, John Bott, and Shanon R. Pitsenbarger (the "Parties"), by counsel, announce to the Court that this matter has been resolved and compromised, which fully and completely resolves all controversy between these parties. The Parties move the Court for an order to dismiss this action, with prejudice.

For good cause shown, and there being no objection thereto, it shall be, and hereby is **ORDERED**:

(1)     This action is hereby dismissed in its entirety, on the merits, as against the Defendants Fusion Technology, LLC, John Bott, and Shanon R. Pitsenbarger, with prejudice. The Court intends this Order to be "Final" within the meaning of the Federal Rules of Civil Procedure and the Federal Rules of Appellate Procedure.

(3)     As there is no further dispute between the Parties and no further claims against Fusion Technology, LLC, John Bott, and Shanon R. Pitsenbarger, the Court finds that there is no

just reason for delay, and directs the Clerk to enter this Order, and send certified copies of this Order to all counsel of record.

ENTERED this 22nd day of November, 2024.

*Tom S Kleeh*
_____
Thomas S. Kleeh, Judge

*Prepared by:*

/s/ Michael S. Garrison
_____
Michael S. Garrison, Esquire (WV State Bar #7161)
Spilman Thomas & Battle, PLLC
48 Donley Street, Suite 800 (ZIP 26501)
P.O. Box 615
Morgantown, WV 26507-0615
(304) 291-7920 (Telephone)
(304) 291-7979 (Facsimile)
mgarrison@spimanlaw.com
**Counsel for Truist Bank**

*Agreed to by:*

/s/ Jeffrey M. Strange
_____
Jeffrey M. Strange, Esquire
Booth & Strange
200 West Main Street, Suite B
Clarksburg, WV  26301
(304) 842-0260 (Telephone)
jstrange@bsdlegal.com
**Counsel for Fusion Technology, LLC,
John Bott, and Sharon R. Pitsenbarger**